B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Atlantic Gastroenterology Associates, P.A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-2280343** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3205 Fire Road, Suite 4**<br>**Egg Harbor Township, NJ**<br>ZIP Code **08234** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Atlantic** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>■ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>**Professional Association** | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Check one box: **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)

Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Atlantic Gastroenterology Associates, P.A.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                     Page 3

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Atlantic Gastroenterology Associates, P.A.** |
|---|---|

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
 **Paul Kizel (PK 4176)**
Printed Name of Attorney for Debtor(s)
 **Lowenstein Sandler PC**
Firm Name
 **65 Livingston Avenue**
 **Roseland, NJ 07068**

_____
Address

 **973-597-2500  Fax: 973-597-2400**
Telephone Number
_____  1/14/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
 **Barry P. Kaufman, MD**
Printed Name of Authorized Individual
 **President**
Title of Authorized Individual
_____  1/14/2010
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    Atlantic Gastroenterology Associates, P.A.                                    Case No.

Debtor(s)                                    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Maleki, Dordaneh MD<br>2106 New Road #E2<br>Linwood, NJ 08221 | Maleki, Dordaneh MD<br>2106 New Road #E2<br>Linwood, NJ 08221 | Judgment | Disputed | 9,220,524.95 |
| Sun National Bank<br>P.O. Box 849<br>226 Landis Ave.<br>Vineland, NJ 08360 | Sun National Bank<br>P.O. Box 849<br>226 Landis Ave.<br>Vineland, NJ 08360 | Bank Loan | | 300,000.00 |
| Cooper Levenson<br>1125 Atlantic Avenue<br>Atlantic City, NJ 08401 | Cooper Levenson<br>1125 Atlantic Avenue<br>Atlantic City, NJ 08401 | Legal Services | Disputed | 128,142.90 |
| Princeton Insurance<br>746 Alexander Road<br>Princeton, NJ 08540 | Princeton Insurance<br>746 Alexander Road<br>Princeton, NJ 08540 | Insurance | | 13,576.71 |
| Monzo Cantonese, LLC<br>211 South Main Street, #104<br>Cape May Court House, NJ 08210 | Monzo Cantonese, LLC<br>211 South Main Street, #104<br>Cape May Court House, NJ 08210 | Legal Services | Disputed | 7,779.00 |
| Mehta, Nikhelesh<br>1058 Treasure Avenue<br>Manahawkin, NJ 08050 | Mehta, Nikhelesh<br>1058 Treasure Avenue<br>Manahawkin, NJ 08050 | Employee Compensation | | 4,994.00 |
| Delnero, Jan<br>514 Conifer Drive<br>Forked River, NJ 08731 | Delnero, Jan<br>514 Conifer Drive<br>Forked River, NJ 08731 | Employee Compensation | | 4,624.00 |
| Bartholomew, John<br>3137 Cedarville Road<br>Millville, NJ 08332 | Bartholomew, John<br>3137 Cedarville Road<br>Millville, NJ 08332 | Employee Compensation | | 4,464.80 |
| Abdulla, Mohammed<br>4426 Susan Drive<br>Bethlehem, PA 18017 | Abdulla, Mohammed<br>4426 Susan Drive<br>Bethlehem, PA 18017 | Employee Compensation | | 4,000.00 |
| Sikora, Sally<br>566 Chatham Way,<br>Galloway, NJ 08205 | Sikora, Sally<br>566 Chatham Way,<br>Galloway, NJ 08205 | Employee Compensation | | 3,600.00 |
| Stevens, Theresa<br>129 Asbury Road<br>Egg Harbor Township, NJ 08234 | Stevens, Theresa<br>129 Asbury Road<br>Egg Harbor Township, NJ 08234 | Employee Compensation | | 3,256.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Atlantic Gastroenterology Associates, P.A.                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stolba, Jan<br>5920 Estelle Avenue<br>Mays Landing, NJ 08330 | Stolba, Jan<br>5920 Estelle Avenue<br>Mays Landing, NJ 08330 | Employee Compensation | | 2,596.00 |
| Embert, Elizabeth<br>321 Ash Road<br>Tuckerton, NJ 08087 | Embert, Elizabeth<br>321 Ash Road<br>Tuckerton, NJ 08087 | Employee Compensation | | 2,224.00 |
| Crush, Cindy<br>14 Seneca Drive<br>Absecon, NJ 08205 | Crush, Cindy<br>14 Seneca Drive<br>Absecon, NJ 08205 | Employee Compensation | | 2,194.00 |
| Fietkiewicz, Ziggy<br>21 Harbour Lane<br>Margate City, NJ 08402 | Fietkiewicz, Ziggy<br>21 Harbour Lane<br>Margate City, NJ 08402 | Employee Compensation | | 2,059.00 |
| Pecora, Andrew<br>131 St. Andrews Drive<br>Egg Harbor Township, NJ 08234 | Pecora, Andrew<br>131 St. Andrews Drive<br>Egg Harbor Township, NJ 08234 | Employee Compensation | | 2,000.00 |
| Georgio, Dianne<br>8 North Dudley Avenue<br>Ventnor City, NJ 08406 | Georgio, Dianne<br>8 North Dudley Avenue<br>Ventnor City, NJ 08406 | Employee Compensation | | 1,932.00 |
| Boyer, Barbara<br>8 Shadow Drive<br>Egg Harbor Township, NJ 08234 | Boyer, Barbara<br>8 Shadow Drive<br>Egg Harbor Township, NJ 08234 | Employee Compensation | | 1,864.00 |
| Galiano-Rudolph, Judy<br>17 East Rosedale Avenue<br>Northfield, NJ 08225 | Galiano-Rudolph, Judy<br>17 East Rosedale Avenue<br>Northfield, NJ 08225 | Employee Compensation | | 1,800.00 |
| Weber, Tracey<br>908 Elm Avenue<br>Absecon, NJ 08201 | Weber, Tracey<br>908 Elm Avenue<br>Absecon, NJ 08201 | Employee Compensation | | 1,776.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the Professional Association named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___11/14/2010___          Signature _____
Barry P. Kaufman, MD
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# RESOLUTION OF BOARD OF DIRECTORS OF
## ATLANTIC GASTROENTEROLOGY ASSOCIATES, P.A.

I hereby certify that at a meeting of the Board of Directors of Atlantic Gastroenterology Associates, P.A., a professional association formed under the laws of the State of New Jersey, held on the _12th_ day of January, 2010, the following Resolution was proposed and unanimously adopted by all principals and officers present:

"Resolved, that the officers of the Atlantic Gastroenterology Associates, P.A., in view of the financial condition of Atlantic Gastroenterology Associates, P.A, be and hereby are authorized to file a petition pursuant to chapter 11 of the Bankruptcy Code, to retain the services of the law firm of Lowenstein Sandler PC, for the purposes of, including but not limited to, preparing, filing, and prosecuting a petition under chapter 11 of the Bankruptcy Code and to take all steps necessary and related thereto, to retain professionals as needed, and that all retainers paid to said firms are hereby approved, and that Barry Kaufman, President of the Professional Association and any other officers authorized by Barry Kaufman are hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the chapter 11 proceedings of Atlantic Gastroenterology Associates, P.A.."

In certification hereof, I do set my hand and seal this _12th_ day of January, 2010

_Gary Rosman_
                                        Secretary

20872/2
01/12/2010 2271853.1

# United States Bankruptcy Court
## District of New Jersey

In re   Atlantic Gastroenterology Associates, P.A.                                      Case No.
                                                        Debtor(s)          Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the Professional Association named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   1/14/2010


Barry P. Kaufman, MD/President
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Attorney General of the US
Department of Justice
Constitution Ave and 10th St NW
Washington, DC 20530


Office of the Attorney General
Hughes Justice Complex
CN-080
Trenton, NJ 08625


Securities & Exchange Commission
Attn: Bankruptcy Notices Division
450 5th Street NW Room 6228
Mail Stop 6-6
Washington, DC 20549


United States Attorney's Office
District of New Jersey
970 Broad Street
Newark, NJ 07102


United States Trustee
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102


Internal Revenue Service
Holtsville, NY 00501


New Jersey Division of Taxation
CN-269
Trenton, NJ 08646


IRS - Bankruptcy Division
PO Box 724
Springfield, NJ 07081


Abdulla, Mohammed
4426 Susan Drive
Bethlehem, PA 18017


AFLAC Flex One
1932 Wynnton Road
Columbus, GA 31999-1140

AFLAC New York
Remittance Processing
1932 Wynnton Road
Columbus, GA 31999-1140


Alpha Message Center
914 New Road
Northfield, NJ 08255


American Express
P.O. Box 114
Newark, NJ 07101-0114


American Express -  JLS
P.O. Box 114
Newark, NJ 07101-0115


American Express - Corporate
P.O. Box 114
Newark, NJ 07101-0116


American Express - Platinum
P.O. Box 114
Newark, NJ 07101-0117


AT&T
AT&T Law Group - Attn: Karen Cavagnaro
One AT&T Way,  Room 3A231
Bedminster, NJ 07921


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


AT&T Mobility
AT&T Law Group - Attn: Karen Cavagnaro
One AT&T Way, Room 3A231
Bedminster, NJ 07921


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Atlantic City Electric
P.O. Box 4875
Trenton, NJ 08650


Bartholomew, John
3137 Cedarville Road
Millville, NJ 08332


Bio Systems of Pennsylvania
Stericycle, Inc.
P.O. Box 9001590
Louisville, KY 40290-1590


BMW of Atlantic City
BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, OH 43016-0306


Boyer, Barbara
8 Shadow Drive
Egg Harbor Township, NJ 08234


Brown, Shelby
1508 Ocean Avenue
Pleasantville, NJ 08232


Canon Financial Services
15325 SE30th Place, Suite 100
Bellevue, WA 98007


Caps Bank ISAOA
201 Shore Road
P.O. Box 279
Linwood, NJ 08221


Cogar, Jennifer
114 Lake Deer Brook Drive
Tuckerton, NJ 08087


Comcast Cable
P.O. Box 41798
Philadelphia, PA 19101-1798

Comcast Cable - Pomona
P.O. Box 41798
Philadelphia, PA 19101-1799


Cooper Levenson
1125 Atlantic Avenue
Atlantic City, NJ 08401


Copiers Plus
3112 Fire Road
Unit C
Egg Harbor Township, NJ 08234


Crush, Cindy
14 Seneca Drive
Absecon, NJ 08205


Curran, Kathy
303 East Arbutus Avenue
Absecon, NJ 08205


Custer, Sharon
812 Chelsea Rd.
Absecon, NJ 08201


De Lage Langden Financial Services
1111 Old Eagle School Road
Wilmington, DE 19807


De Lange Laden
P.O. Box 41601
Philadelphia, PA 19101-1602


Delnero, Jan
514 Conifer Drive
Forked River, NJ 08731


Digestive Health Services
3205 Fire Road
Egg Harbor Township, NJ 08234


Dringus, Janna
403 North Main Street
Barnegat, NJ 08005

DV Technical Solutions
P.O.Box 486
Gilbertsville, PA 19525


Embert, Elizabeth
321 Ash Road
Tuckerton, NJ 08087


Eshleman, Juan
1518 Forecastle Avenue
Manahawkin, NJ 08050


Federal Express
P.O. Box 1140
Department A
Memphis, TN 38101-1140


Fermisco, Vivian
446 Nector Avenue
Absecon, NJ 08205


Fietklewicz, Ziggy
21 Harbour Lane
Margate City, NJ 08402


Flanagan, Nancy
1343 Old Zion Road
Egg Harbor Township, NJ 08234


Fleetwood Financial
1001 Durham Avenue
South Plainfield, NJ 07080


Flex One
1932 Wynnton Road
Columbus, GA 31999-1140


Galiano-Rudolph, Judy
17 East Rosedale Avenue
Northfield, NJ 08225


Gallagher, Barbara
381 E. Upland Avenue
Galloway, NJ 08205

Galloway Township Tax Collector
300 East Jimmie Leads Road
Absecon, NJ 08205


Genworth Life Insurance
P.O. Box 4005
Lynchburg, VA 24506


Georgio, Dianne
8 North Dudley Avenue
Ventnor City, NJ 08406


Given Imaging Inc.
P.O. Box 932928
Atlanta, GA 31193-2928


GMAC
P.O. Box 971
Horsham, PA 19044


Greco, James
241 Ensign Avenue
Beachwood, NJ 08722


Guardian
Group Insurance Division
Northeast Regional Office
P.O. Box 26080
Lehigh Valley, PA 18002-6030


Harleysville Insurance
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002


Harleysville Insurance
112 West Park Drive
Mount Laurel, NJ 08054


Henry, Tamera
5097 Tremont Avenue
Egg Harbor Township, NJ 08234

Hoath, Ruth
31 Hilltop Road
Marmora, NJ 08223


Horizon BC/BS of New Jersey
P.O. Box 18009
Newark, NJ 07191-8009


Idearc Media Corp.
P.O. Box 619009
Dallas, TX 75261-9009


Infiniti Financial Services
P.O. Box 371447
Pittsburgh, PA 15250-7447


John Hancock Life Insurance Company
LTC Policy Holder Services
1 John Hancock Way
Suite 1700
Boston, MA 02116


Johnson, Ellen
1051 Bell Street
Toms River, NJ 08753


Kaufman, Audrey
33 Magnolia Drive
Egg Harbor Township, NJ 08234


Kaufman, Barry P. MD
10 Dani Drive
Northfield, NJ 08225


Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-0796


Key Instrument Finance
600 Travis, Suite 1300
Houston, TX 77002


Krauss, Domenica
40 Daisy Road
Toms River, NJ 08753

Kwart, Marylou
5 Essex Drive
Egg Harbor Township, NJ 08234


Lavinsky, Horowitz & Pollard
6611 Winchester Ave.
Ventnor City, NJ 08406


Lourdes Health System
100 Haddon Ave.
Camden, NJ 08103


Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068


Magellan Hill
P.O. Box 87
Haddonfield, NJ 08033


Maleki, Dordaneh MD
2106 New Road #E2
Linwood, NJ 08221


Manulife
John Hancock Life Ins. Co. (USA)
P.O.Box 7247-7122
Philadelphia, PA 19170-7122


McCabe, Stacey
13 Pine Oak Drive
Tuckerton, NJ 08087


McKenna, Holly
185 S. Old Port Road
Galloway, NJ 08205


MDAdvantage Ins. Co. of NJ
P.O. Bos 48090
Newark, NJ 07101


Mehta, Nikhelesh
1058 Treasure Avenue
Manahawkin, NJ 08050

Mehta, Nikhilesh MD
1053 Treasure Avenue
Manahawkin, NJ 08050


Monzo Cantonese, LLC
211 South Main Street, #104
Cape May Court House, NJ 08210


Oberholtzer, Karen
5 Cardinal Drive
Egg Harbor City, NJ 08215


Oliveto, Gilbert
715 2nd Street
Northfield, NJ 08225


Olympus America Inc.
2 Corporate Center Drive
Melville, NY 11747-3265


Pacific Life Insurance Company
5 Tower Bridge, Suite 125
300 Bar Harbor Drive
Conshohocken, PA 19428


Paul Revere
P.O. Box 740590
Atlanta, GA 30374-0590


Paychex
P.O. Box 29769
New York, NY 10087-9769


Pecora, Andrew
131 St. Andrews Drive
Egg Harbor Township, NJ 08234


Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251


Phoenix
P.O. Box 22057
Albany, NY 12201-2057

Pitney Bowes Credit
Global Financial Services
P.O. Box 856460
Louisville, KY 40285-5390


Platinum Plus For Business
FIA Card Services
P.O. Box 15710
Wilmington, DE 19886-5710


Princeton Insurance
746 Alexander Road
Princeton, NJ 08540


Princeton Insurance


Puggi, Samantha
146 N. Main Street
Manahawkin, NJ 08050


Reid, Katie
14 Seneca Drive
Galloway, NJ 08205


Ricciardi, Denise
Ravenwood Drive
Galloway, NJ 08205


Rosky, Lee
10964 Bloomingdale Drive
Rockville, MD 20852-5550


Rosman, Gary A. MD
30 Pebble Beach Drive
Egg Harbor Township, NJ 08234


Santoro, John J. DO
4 Rose Lane
Linwood, NJ 08221


Sikora, Sally
566 Chatham Way,
Galloway, NJ 08205

Spaar, Joseph L. MD
104 W. Liebig Street
Pomona, NJ 08240


State of New Jersey Division of Taxation
P.O. Box 644
Trenton, NJ 08646-0644


Stevens, Theresa
129 Asbury Road
Egg Harbor Township, NJ 08234


Stockton Medical Condominium Association
36 S. Main Street
Pleasantville, NJ 08232


Stolba, Jan
5920 Estelle Avenue
Mays Landing, NJ 08330


Stone, Marty
11 Clayton Court
Egg Harbor Township, NJ 08234


Stryker Capital
5th Floor
Danbury, CT 06810


Sun National Bank
P.O. Box 849
226 Landis Ave.
Vineland, NJ 08360


Tab Shredding, Inc.
341 Cooper Road
West Berlin, NJ 08091


Taylor, Dorothy Jeanne
2324 Simpson Ave.
Ocean City, NJ 08226


Telephone Management Association, Inc.
549 Jefferson Road
Mullica Hill, NJ 08062

TMC Communications
P.O. Box 512670
Los Angeles, CA 90051-0670


Tracey, Lisa
3 Gardiner's Lane
Beasley's Point, NJ 08223


US Treasury


VanCleve, Sandra
121 West Cedar Avenue
Somers Point, NJ 08244


Vanderburg, Toni
8 N. Dudley Avenue
Ventnor City, NJ 08406


Verizon
P.O. Box 4832
Trenton, NJ 08650-4832


Verizon - JLS
P.O. Box 4832
Trenton, NJ 08650-4833


Verizon CABS
P.O. Box 4832
Trenton, NJ 08650-4832


Verizon Wireless
P.O. Box 4832
Trenton, NJ 08650-4835


Verizon Wireless - JLS
P.O. Box 4832
Trenton, NJ 08650-4832


Volkswagon Credit
P.O. Box 7247-0136
Montchanin, DE 19710-0136

Volkswagon Credit
P.O. Box 17947
Baltimore, MD 21297-1497


Washington National Insurance Company
P.O. Box 6276
Carol Stream, IL 60197-6276


Weber, Frances
317 Pine Street
Absecon, NJ 08201


Weber, Tracey
908 Elm Avenue
Absecon, NJ 08201


Weisbecker
135 Philadelphia Avenue
P.O. Box 323
Egg Harbor City, NJ 08215


Wessner, Jody
22 Rushwood Drive
Egg Harbor Township, NJ 08234


Williams, Cherylann
103 S. New York Road
Galloway, NJ 08205


Wolf, Susan
444 S. Xanthus Avenue
Galloway, NJ 08205